Before STATE INDUSTRIAL BOARD, Respondent. MARGARET MULLIGAN, Respondent, v. DAVIS TURNER & COMPANY and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the grounds (1) that the evidence does not justify a finding that the deceased received his injuries while in the course of his employment; (2) that there is no finding whether or not the deceased was intoxicated at the

time he received his injuries and whether or not his injuries were due solely to intoxication. All concur.